■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN GELLER, Appellant, v. J. EDWIN LA VALLEE, as Warden of Auburn Prison, Respondent.

Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM JOHN AUBREY, Appellant.

Present — Williams, P. J., Henry, Del Vecchio and Marsh, JJ.